## BROWN v. SMITH TRANSMISSIONS

No. 404P89

Case below: 95 N.C. App. 223

Petition by plaintiff for writ of certiorari to the North Carolinia Court of Appeals denied 7 December 1989.

## CITY OF KANNAPOLIS v. CITY OF CONCORD

No. 460A89

Case below: 95 N.C. App. 591

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 20 November 1989.

## COFFEY v. COFFEY

No. 359PA89

Case below: 94 N.C. App. 717

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1989.

## CONCERNED CITIZENS v. HOLDEN BEACH ENTERPRISES

No. 401PA89

Case below: 95 N.C. App. 39

Petition by plaintiffs and intervenor plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1989.

## DeHAVEN v. HOSKINS

No. 434P89

Case below: 95 N.C. App. 397

Petition by defendant (Betty Hoskins) for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.